IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRAVIS THOMAS, #202975, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:05-CV-0116-F ) WO |
| DONAL CAMPBELL, *et al.*, | ) ) |
| Defendants. | ) |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 9, 2005 (Doc. 9), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Plaintiff's claims against the Staton Correctional Facility Drug Lab are dismissed pursuant to the terms of 28 U.S.C. § 1915(e)(2)(B)(i);

2. The Staton Correctional Facility Drug Lab is dismissed from this cause of action.

3. This case, with respect to the remaining defendants, is referred back to the Magistrate Judge for further proceedings.

Done this 21st day of April, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE