IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

TRAVIS THOMAS,                              )
                                            )
        Plaintiff,                          )
                                            )
    v.                                      )          2:05-CV-0116-WKW
                                            )                [WO]
                                            )
DONAL CAMPBELL,  et al.,                    )
                                            )
        Defendants.                         )

## OPINION

On September 19, 2006, the Magistrate Judge filed a Recommendation (Doc. #30) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.      The Recommendation (Doc. #30) of the Magistrate Judge is ADOPTED;

2.      This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

Done this the 20th day of October, 2006.


                          /s/   W.  Keith Watkins
                        UNITED STATES DISTRICT JUDGE