IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRAVIS THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:05-CV-0116-WKW |
| | )        [WO] |
| | ) |
| DONAL CAMPBELL, et al., | ) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this action is dismissed without prejudice.  Each party is to bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 20th day of October, 2006.

                                              /s/  W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE